No. 45411.—Protest 12002–K of American Merchandise Co. Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockinghamware in question was held dutiable at 25 percent under paragraph 210 as claimed.

No. 45412.—Petition 5765–R of J. A. Forrest (Pembina).

Opinion by KEEFE, J. The evidence established that the importer had instructed the Canadian shippers to list the correct value of the merchandise and that the broker was instructed to enter at the values shown on the invoices which in his experience he had found to be accurate. In making entry he made no inquiry of the appraiser as to the value of the merchandise although he knew the prices were fluctuating daily. Under the circumstances the petition was denied.

No. 45413.—Petition 6020–R of Edward P. Paul & Co., Inc. (New York).

Opinion by KEEFE, J. From the evidence it was found there was no intention to conceal or misrepresent the facts or to defraud the revenue. The petition was therefore granted.

No. 45414.—Petition 6060–R of James C. Gabriel (New York).

Opinion by KEEFE, J. The evidence disclosed that an item of export duties was deducted as a nondutiable charge on advice of a customs official. The appraiser advanced the value by adding back the export tax. Being convinced from the evidence that the importer had no intention to conceal or misrepresent the facts or to deceive the appraiser the court granted the petition.

BEFORE THE FIRST DIVISION, FEBRUARY 18, 1941

No. 45415.—Protest 750374–G(B) of A. D. Cohen Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the claim at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) was sustained.